| | |
|---|---|
| 1 | **ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 2 | |
| 3 | |
| 4 | |
| 5 | Agents for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-J2) |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA - MOBILE DIVISION

| In re | Case No. 16-01857 |
|---|---|
| JAMES PADILLA, | Chapter 13 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM 4, DOCKET 57** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S) CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Transfer of Claim on Claim number 4 filed by THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-J2) on June 27, 2018 and assigned Docket 57, is hereby withdrawn as it was filed in error.

Dated:  August 23, 2018         ALDRIDGE PITE, LLP

/s/Bryce Noel
BRYCE NOEL
Agents for THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW YORK, AS
TRUSTEE (CWALT 2007-J2)

- 1 -

CASE NO. 16-01857

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

| | |
|---|---|
| 1 | **ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200 |
| 2 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 3 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 4 | |

Attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-J2)

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA - MOBILE DIVISION

| | |
|---|---|
| In re<br><br>JAMES PADILLA,<br><br>Debtor(s). | Case No. 16-01857<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Agustina Sandoval, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On August 23, 2018, I served the NOTICE OF WITHDRAWAL OF CLAIM NO. 4 by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 23, 2018, at San Diego, California.

Agustina Sandoval<br>
AGUSTINA SANDOVAL

- 1 -    CASE NO. 16-01857
**PROOF OF SERVICE**

# SERVICE LIST

**DEBTOR(S)**

James Padilla
202 Greenbriar Circle North
Daphne, AL 36526

**DEBTOR(S) ATTORNEY
(Via Electronic Notice)**

Stephen L. Klimjack
1252 Dauphin St
Mobile, AL 36604
pleadings@klimjack.com

**CHAPTER 13 TRUSTEE
(Via Electronic Notice)**

Daniel B. O'Brien
P.O. Box 1884
Mobile, AL 36633
cperry@ch13mob.com