**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF ALABAMA - MOBILE DIVISION**

| | |
|---|---|
| In Re: | Case No. 16-01857 |
| JAMES PADILLA, | Chapter 13 |
| Debtor. | |

**REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for BAYVIEW LOAN SERVICING LLC and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for BAYVIEW LOAN SERVICING LLC and not as counsel of record. The filing of this Request for Notice and Service of Copies should not be construed as an appearance pursuant to LR 9010-3(a).

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Bryce Noel
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. ' 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: August 24, 2018                                        ALDRIDGE PITE, LLP

/s/ Bryce Noel
Bryce Noel
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.,
Suite 500
Atlanta, GA 30305
Telephone: (858) 750 7600
Facsímile: (619) 590-1385
BNoel@aldridgepite.com

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF ALABAMA - MOBILE DIVISION

| | |
|---|---|
| In re | Case No. 16-01857 |
| JAMES PADILLA, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Troy-John Brown, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia, 30305. I am over the age of eighteen years and not a party to this case.

On August 24, 2018, I caused the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES in said case by electronic means through the court's CM/ECF system or through United States Mail from San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2018            /s/ Troy-John Brown
                                  TROY-JOHN BROWN
                                  Telephone: (404) 994-7400
                                  Facsimile: (888) 873-6147

# SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

James Padilla
202 Greenbriar Circle North
Daphne, AL 36526

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Stephen L. Klimjack
1252 Dauphin St
Mobile, AL 36604
pleadings@klimjack.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Daniel B. O'Brien
P.O. Box 1884
Mobile, AL 36633
cperry@ch13mob.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Department of Justice
Southern District of Alabama at Mobile U.S. Trustee
201 St. Louis Street
Mobile, AL 36602